IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 13-111 JSC |
|---|---|
| Plaintiff, | **ORDER DENYING REQUEST FOR JURY TRIAL** |
| v. | |
| THOMAS FAWCETT, | |
| Defendant. | |

Defendant is charged in a single count information with simple assault under 18 U.S.C. § 113(a)(5), a Class B misdemeanor. Now pending before the Court is Defendant's request to be tried by a jury. Defendant concedes that he is not entitled to a jury, *see United States v. Stanfill El*, 2013 WL 1800046 (9th Cir. April 30, 2013), but nonetheless asks the Court to exercise its discretion and order a jury trial. The Court declines to do so. While providing younger attorneys with trial experience is a valid reason for the request, it does not outweigh the public costs of a jury trial. Those costs include not just the missed work, ad hoc child care arrangements and other inconveniences experienced by the people ultimately selected for the jury, but also those same costs for the dozens who have to appear for jury selection but are not selected. The Court finds that there are no special circumstances here that would warrant a jury trial when none is required.

**IT IS SO ORDERED.**

Dated: May 21, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE